UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULA LYNETTE MAFFETT,

    Plaintiff,

v.

    Case No. 10-CV-14356
    HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

### ORDER ACCEPTING JANUARY 17, 2012 REPORT AND RECOMMENDATION (#13), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (#12), AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (#11)

This is an action for judicial review of defendant's decision denying plaintiff's application for social security disability benefits. The matter was referred to Magistrate Judge Randon, who issued a report and recommendation on January 17, 2012, recommending plaintiff's motion for summary judgment be denied and defendant's motion for summary judgment be granted. The objection deadline has passed and no objections were filed. The court has reviewed the report and recommendation, and in the absence of timely objection,

The court hereby adopts Magistrate Judge Randon's January 17, 2012 report and recommendation, denies plaintiff's motion for summary judgment, and grants defendant's motion for summary judgment.

    SO ORDERED.

Dated: February 9, 2012

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk

---