UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULA LYNETTE MAFFETT,

    Plaintiff,

v.

    Case No. 10-CV-14356
    HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## JUDGMENT

The above entitled matter has come before the court on cross-motions for summary judgment, and in accordance with the court's order granting defendant's motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant on plaintiff's claims.

    DAVID J. WEAVER
    CLERK OF THE COURT

    BY: s/Josephine Chaffee
        DEPUTY COURT CLERK

Dated: February 9, 2012